UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                      Case Nos.    5:19cr89/TKW/MAL
                                                     5:23cv86/TKW/MAL

CORY JOHNSON
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 77).   No objections were filed.

Upon review of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant's *pro se* motion to vacate, set aside or correct sentence under 28 U.S.C. §2255 should be dismissed as untimely.[1]   The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Defendant's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or

---

[1]    For sake of completeness, the Court also agrees with the magistrate judge's determination that the motion would be denied on the merits if it was not untimely.

Page 2 of 2

Correct Sentence by a Person in Federal Custody (Doc. 66) is **DISMISSED** as untimely.

3.      A certificate of appealability is **DENIED**.

4.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**